UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-cv-80242-KLR

BRIAN KEIM, an individual, on behalf
of himself and all others similarly situated,

      Plaintiff,

v.

PIZZA HUT OF AMERICA, INC.,
a Delaware corporation,

      Defendant.
_____/

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
AS TO DEFENDANT PIZZA HUT OF AMERICA, INC.[1]**

The undersigned attorney hereby gives notice that the above-styled action is hereby dismissed without prejudice as to Defendant PIZZA HUT OF AMERICA, INC.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 17 May 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day via U.S. Mail and/or some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                            *s/ Scott D. Owens*
                                            **SCOTT D. OWENS, ESQ.**
                                            664 E. Hallandale Beach Blvd.
                                            Hallandale, Florida 33009
                                            (954) 589-0588 Phone
                                            (954) 337-0666 Fax
                                            Florida Bar No.: 0597651
                                            scott@scottdowens.com

---

[1] The undersigned anticipates the filing of a Second Amended Class Action Lawsuit within five (5) business days – said lawsuit will assert a claim against a different Defendant.