**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 12-80242-CIV-RYSKAMP/VITUNAC

BRIAN KEIM, an individual, on behalf
of himself and all others similarly situated,

      Plaintiff,

v.

PIZZA HUT OF AMERICA, INC.,
a Delaware corporation,

      Defendant.
_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court pursuant to Plaintiff's notice of voluntary

dismissal, filed May 17, 2012 **[DE 13]**.  It is hereby

ORDERED AND ADJUDGED that the above-styled case is DISMISSED WITHOUT

PREJUDICE.  The Clerk of Court shall CLOSE this case and DENY any pending motions as

MOOT.

DONE AND ORDERED at Chambers in West Palm Beach, Florida, this 23d day of May,

2012.


                  S/Kenneth L. Ryskamp
                  KENNETH L. RYSKAMP
                  UNITED STATES DISTRICT JUDGE